Esther Jamison, administratrix of the estate of James Watson, deceased, appellee, v. United Dairy Company, appellant. Gen. No. 38,385.

Opinion filed December 16, 1935.

Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. Thomas M. Morris, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.

Annie Hughes, appellee, v. Howard J. Ziegler, appellant. Gen. No. 38,414.

Opinion filed December 16, 1935.

Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. Black & Beermann, for appellee; Benjamin H. Black, of counsel.
Mr. Presiding Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Sidney Lewis, plaintiff in error. Gen. No. 38,465.

Opinion filed December 16, 1935.

Martin O. Weisbrod and Harry J. Busch, for plaintiff in error.
Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Richard H. Devine and John T. Gallagher, Assistant State's Attorneys, of counsel.
Mr. Presiding Justice McSurely delivered the opinion of the court.